THE COURT CANNOT DISCERN THE AMOUNT OR NUMBER OF POST-PETITION PAYMENTS THAT CONSTITUTE THE ALLEGED POST-PETITION DEFAULT FROM THE DOCUMENTS SUBMITTED BY MOVANT. MOREOVER, THE MOTION CONTAINS NO EVIDENCE TO SUPPORT THE ALLEGATION THAT THE VEHICLE HAS BEEN DECLARED A TOTAL LOSS. MOVANT MAY ADDRESS THESE DEFICIENCIES WITHIN FOURTEEN (14) DAYS OF THIS ENTRY, FAILING WHICH THE MOTION MAY BE DENIED WITHOUT FURTHER NOTICE.



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In re: | * | |
| SVETLANA POPOK | * | CASE NO.: 22-1-4009-NVA |
| | | (Chapter 13) |
| Debtors | * | |
| * * * * * * * | * | |
| | * | |
| EXETER FINANCE LLC F/K/A EXETER FINANCE CORP. | | |
| | * | |
| Movant | * | |
| v. | * | |
| SVETLANA POPOK | * | |
| Respondent | * | |
| * * * * * * * * * * * * * * | | |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion Seeking Relief from Automatic Stay filed by the Movant, Exeter Finance LLC f/k/a Exeter Finance Corp.; and no opposition thereto having been filed by the Respondents, Svetlana Popok and ; it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay be, and it hereby is, terminated to allow Movant to exercise and enforce its state law and contractual rights and remedies with regard to the vehicle subject to its purchase money security interest, namely, one 2015 Hyundai Genesis, serial number KMHGN4JE0FU098977, including the insurance proceeds of said vehicle; and it is further

ORDERED, that Movant shall pay any surplus proceeds arising from the sale and/or insurance proceeds of the vehicle to the Respondent.

cc: Michael J. Klima, Jr.
8028 Ritchie Hwy Ste. 300
Pasadena, MD 21122

Svetlana Popok
61 Deepspring Ct
Reisterstown, Maryland 21136

Eric Steiner
Steiner Law Group LLC
PO BOX 17598
Baltimore, MD 21297

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401

24-46576-0

**End of Order**